# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JAMES T. BYRD, | : | No. 74 WM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JUDGE JEFFREY A. MANNING OF THE ALLEGHENY COUNTY COURT OF COMMON PLEAS AND WARDEN ORLANDO HARPER OF THE ALLEGHENY COUNTY JAIL, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.